# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELAINE VEGA**,
Appellant,

v.

**SAINT JOHN XXIII CATHOLIC CHURCH** and
**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION**,
Appellees.

No. 4D18-2313

[September 26, 2018]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission, Case No. R.A.A.C Docket No. 18-01507.

Elaine Vega, Pembroke Pine, pro se.

Cristina A. Velez, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

CIKLIN, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***